JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:20-cv-03765-ODW (ASx) | Date | December 28, 2020 |
| Title | *David Farrell v. Porterhouse of Los Angeles, Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Daisy Rojas | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**              **In Chambers**

On September 14, 2020, the parties notified the Court that they have reached a settlement of this matter. (ECF No. 14.) On September 15, 2020, the Court ordered the parties to show cause why settlement has not been finalized, in writing, no later than November 16, 2020. (ECF No. 16.) The Court also informed the parties that the case would be dismissed if the parties failed to respond to the Court's order. (*Id.*) To date, the parties have failed to respond to the Court's order.

Accordingly, the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                      : 00

Initials of Preparer    DR